```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv310(DLC)
JOHN MCAULIFFE,                           :
                                          :        ORDER
                        Plaintiff,        :
            -v-                           :
                                          :
MOBILEYE GLOBAL INC., et al.,             :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On January 16, 2024, plaintiff filed a class action lawsuit on behalf of all persons who purchased or otherwise acquired Mobileye securities between January 26, 2023 and January 3, 2024. The complaint alleges violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
> >
> > (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. See id. § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. See id. § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel appears to have published the required notice on January 16, 2024. Members of the purported class therefore have until March 18, 2024 to move the Court to serve as lead plaintiffs.

On February 22, 2024, counsel for plaintiff John McAuliffe filed a letter indicating that defendants are foreign parties, such that service of process must comply with the Hague Convention. The February 22, 2024 letter also indicated that service is anticipated to require a minimum of sixteen weeks, with an average time frame of six to eight months. Accordingly, it is hereby

2

ORDERED that the Initial Pretrial Conference currently scheduled for March 22, 2024 is adjourned sine die.

IT IS FURTHER ORDERED that the deadlines set in the Court's January 22, 2024 Notice of Initial Pretrial Conference are adjourned sine die.

IT IS FURTHER ORDERED the plaintiff shall submit a status letter regarding service of process by June 28, 2024.

Dated:   New York, New York
         February 26, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge