UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                  :           24cv310(DLC)

JOHN MCAULIFFE,                    :

                                    :             ORDER

                         Plaintiff,   :

           -v-                   :

                                    :

MOBILEYE GLOBAL INC., et al.,       :

                                    :

                     Defendants.   :

                                    :
------------------------------------- X

DENISE COTE, District Judge:

      On January 16, 2024, plaintiff John McAuliffe filed a class action lawsuit (McAuliffe v. Mobileye Global Inc., et al. (24cv310) ("McAuliffe Action")) on behalf of all persons who purchased or otherwise acquired Mobileye securities between January 26, 2023 and January 3, 2024.  The complaint in the McAuliffe Action alleges violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

      On February 22, 2024, counsel for McAuliffe filed a letter indicating that defendants are foreign parties, such that service of process must comply with the Hague Convention.  The February 22, 2024 letter also indicated that service is anticipated to require a minimum of sixteen weeks, with an average time frame of six to eight months.  An Order of February 27 required McAuliffe to file a status letter regarding service

of process by June 28, 2024 (24cv310 ECF. No 7 ("McAuliffe

Scheduling Order")).

On February 23, plaintiff Tung Le filed a similar class

action lawsuit (Le v. Mobileye Global Inc., et al. (24cv1390)

("Le Action").  The Le Action was accepted as related to the

McAuliffe Action on February 27.  An Order of March 15 provided

that plaintiff Le is bound by the McAuliffe Scheduling Order

(24cv1390 ECF No. 10).

On April 12, plaintiff Patrick Ayers filed a stockholder

derivative action involving similar factual allegations against

many of the defendants to the McAuliffe and Le Actions (Ayers v.

Shashua et al., 24cv2791 ("Derivative Action')).  On April 15,

the Derivative Action was accepted as related to the McAuliffe

Action (24cv2791 ECF No. 5).  All defendants in the Derivative

Action have since executed waivers of service, and an initial

conference has been scheduled for July 12.

Accordingly, it is hereby

ORDERED that the plaintiffs in the McAuliffe and Le Actions

shall submit status letters regarding service of process by May

17, 2024.

Dated:    New York, New York
          May 13, 2024

                                   _____
                                            DENISE COTE
                                   United States District Judge