# Exhibit B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Oklahoma Firefighters. I have reviewed the Second Consolidated Amended Class Action Complaint.

2. Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Oklahoma Firefighters is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Oklahoma Firefighters' Class Period transactions in the Mobileye Global, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Oklahoma Firefighters has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   - *Lee v. Goldman Sachs Group Inc.*, No. 22-cv-169 (S.D.N.Y.)
   - *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc.*, No. 22-cv-10200 (D. Mass.)
   - *Rasella v. Musk*, No. 22-cv-3026 (S.D.N.Y.)
   - *In re Unity Software Inc. Securities Litigation*, No. 22-cv-3962 (N.D. Cal.)
   - *City of Hollywood Firefighters Pension Fund v. Atlassian Corp.*, No. 23-cv-519 (N.D. Cal.)
   - *Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc.*, No. 24-cv-706 (N.D. Cal.)

6. Oklahoma Firefighters is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   - *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc.*, No. 24-cv-5102 (N.D. Cal.)

7. Oklahoma Firefighters has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either

withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

- *Ryan v. FIGS, Inc.*, No. 22-cv-7939 (C.D. Cal.)
- *Vazquez v. Masimo Corp.*, No. 23-cv-1546 (S.D. Cal.)
- *In re FMC Corporation Securities Litigation*, No. 23-cv-4398 (E.D. Pa.)

8. Oklahoma Firefighters currently serves as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

- *Lozada v. TaskUs, Inc.*, No. 22-cv-1479 (S.D.N.Y.)

9. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2024.

Chase Rankin
Executive Director
*Oklahoma Firefighters Pension and Retirement System*

*Oklahoma Firefighters Pension and Retirement System*
**Transactions in Mobileye Global, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/31/2023 | 3,531 | 37.7189 |
| Sell | 2/13/2023 | (111) | 42.7200 |
| Sell | 4/24/2023 | (173) | 45.9000 |
| Sell | 5/25/2023 | (3,247) | 42.3909 |
| Purchase | 6/8/2023 | 30,115 | 42.0000 |
| Purchase | 8/25/2023 | 3,687 | 35.7501 |
| Sell | 9/20/2023 | (3,317) | 41.0024 |
| Sell | 9/21/2023 | (3,197) | 40.4627 |
| Sell | 12/6/2023 | (2,016) | 39.8480 |
| Sell | 12/8/2023 | (323) | 41.4466 |
| Sell | 12/8/2023 | (1,354) | 40.4228 |
| Sell | 12/8/2023 | (393) | 40.8903 |
| Sell | 12/8/2023 | (790) | 41.0887 |
| Sell | 12/8/2023 | (270) | 40.4931 |
| Sell | 12/14/2023 | (3,534) | 41.8506 |
| Sell | 12/15/2023 | (3,052) | 42.0466 |
| Sell | 12/27/2023 | (5,424) | 43.7210 |
| Sell | 12/28/2023 | (5,066) | 43.7528 |
| Sell | 12/29/2023 | (5,066) | 43.5044 |
| Purchase | 1/4/2024 | 5,926 | 29.8140 |
| Purchase | 1/4/2024 | 599 | 29.3908 |
| Purchase | 1/4/2024 | 1,941 | 29.4240 |
| Purchase | 1/4/2024 | 8,820 | 30.1441 |
| Purchase | 1/4/2024 | 6,419 | 30.0596 |
| Purchase | 1/25/2024 | 4,140 | 28.4143 |
| Purchase | 1/25/2024 | 11,079 | 28.1854 |
| Purchase | 1/26/2024 | 4,043 | 28.6294 |
| Purchase | 1/26/2024 | 6,947 | 28.6508 |
| Sell | 1/30/2024 | (126) | 26.9144 |
| Sell | 1/30/2024 | (1,297) | 26.9114 |
| Purchase | 2/5/2024 | 5,423 | 26.9287 |
| Sell | 2/7/2024 | (2,791) | 26.7622 |
| Purchase | 3/6/2024 | 533 | 27.4373 |
| Purchase | 3/6/2024 | 494 | 26.6804 |
| Purchase | 3/6/2024 | 7,112 | 28.2616 |
| Sell | 3/7/2024 | (3,093) | 28.4550 |
| Sell | 3/15/2024 | (4,754) | 27.7886 |
| Sell | 3/22/2024 | (2,637) | 30.8677 |
| Sell | 3/25/2024 | (2,304) | 31.1881 |
| Purchase | 4/2/2024 | 4,294 | 32.6101 |
| Sell | 4/11/2024 | (427) | 31.4249 |

| | | | |
|---|---|---|---|
| Purchase | 4/12/2024 | 1,878 | 31.8053 |
| Purchase | 4/12/2024 | 628 | 31.6350 |
| Purchase | 4/15/2024 | 647 | 31.7915 |
| Purchase | 4/16/2024 | 3,605 | 30.8920 |
| Purchase | 4/17/2024 | 2,891 | 31.4190 |
| Sell | 4/26/2024 | (6,140) | 28.9270 |
| Sell | 4/26/2024 | (4,183) | 29.5934 |
| Sell | 5/24/2024 | (889) | 26.4128 |
| Sell | 5/24/2024 | (445) | 26.7893 |
| Sell | 5/24/2024 | (3,358) | 26.1807 |
| Sell | 5/24/2024 | (887) | 26.7332 |
| Sell | 6/10/2024 | (9,252) | 30.7953 |
| Sell | 6/11/2024 | (4,556) | 30.7090 |
| Sell | 6/11/2024 | (513) | 30.9756 |
| Sell | 6/12/2024 | (108) | 29.7463 |
| Sell | 6/12/2024 | (554) | 30.7687 |
| Sell | 6/12/2024 | (777) | 30.3462 |
| Sell | 6/13/2024 | (527) | 30.0053 |
| Sell | 6/13/2024 | (2,595) | 29.1368 |
| Sell | 6/17/2024 | (10,965) | 27.9069 |
| Sell | 6/18/2024 | (719) | 26.9457 |
| Sell | 6/24/2024 | (6,234) | 26.3769 |
| Sell | 6/25/2024 | (7,288) | 26.1932 |