```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE MOBILEYE GLOBAL SECURITIES        :    24cv310 (DLC)
LITIGATION                              :
                                        :         ORDER
                                        :
                                        :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 25, 2024, the defendants filed a motion to dismiss the consolidated amended complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 12 directed Lead Plaintiff to file any amended complaint by November 22 and alerted Lead Plaintiff that it would likely not have another opportunity to amend. Lead Plaintiff filed a second amended complaint on November 22. Accordingly, it is hereby

ORDERED that the defendants' October 25 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by December 20
- Opposition served by January 10
- Reply served by January 24

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          November 25, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　United States District Judge