**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE MOBILEYE GLOBAL SECURITIES
LITIGATION

24 **CIVIL** 310 (DLC)

# JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2025, the defendants' December 20, 2024 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
April 16, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** K. Mango
_____
**Deputy Clerk**