```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv310 (DLC)
IN RE MOBILEYE GLOBAL SECURITIES          :   24cv1390 (DLC)
LITIGATION                                :
                                          :       ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

A Case Management Order of July 12, 2024 consolidated case numbers 24cv310 and 24cv1390, appointed lead plaintiff and lead counsel in the class action brought against Mobileye Global, Inc., and directed all future pleadings filed in the action to bear the case number 24cv310. An Opinion and Order of April 15, 2025 granted the defendants' December 20, 2024 motion to dismiss in 24cv310 and directed the Clerk of Court to enter judgment for the defendants. Accordingly, it is hereby

ORDERED that, for the reasons stated in the Opinion and Order of April 14, 2025, the Clerk of Court shall enter judgment for the defendants in member case 24cv1390 and close the case.

Dated:    New York, New York
          April 23, 2025

                                          _____
                                                 DENISE COTE
                                          United States District Judge