**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE MOBILEYE GLOBAL
SECURITIES LITIGATION

Case No. 1:24-cv-00310-DLC

<u>CLASS ACTION</u>

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Lead Plaintiff The Retirement Plan for Chicago Transit

Authority Employees ("Chicago Transit" or "Lead Plaintiff") and Additional Named Plaintiff

Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters," and together

with Chicago Transit, "Plaintiffs") hereby appeal to the United States Court of Appeals for the

Second Circuit from the Opinion and Order (ECF No. 69) and Judgment (ECF No. 70) entered in

this Action on April 16, 2025.

Dated: May 16, 2025

*/s/ John J. Rizio-Hamilton*
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
John J. Rizio-Hamilton
Avi Josefson
Jesse L. Jensen
Mathews R. de Carvalho
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
johnr@blbglaw.com
avi@blbglaw.com
jesse.jensen@blbglaw.com
mathews.decarvalho@blbglaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, John J. Rizio-Hamilton, hereby certify that on the 16th day of May, 2025, I filed the foregoing via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to all counsel of record.

*/s/ John J. Rizio-Hamilton*
John J. Rizio-Hamilton